**Exhibit A to the Complaint**

**Location:** Flushing, NY

**Total Works Infringed:** 25

**IP Address:** 100.12.175.143

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9BE662B860660A5181956A60790995E6D43AC5F7<br>File Hash:<br>40E44FD4BBEC21822154036E7DB3D0EF7073478EA09FE7D933CB8BBE91A05DF0 | 05-28-2023<br>18:01:41 | Vixen | 05-26-2023 | 06-09-2023 | PA0002415392 |
| 2 | Info Hash: 4CE6EA81D3E8960220D9FCBFE31FFC77667BB3F5<br>File Hash:<br>E5515B14DB042C277687C6F391BB590AAC048759D7ADB51382D21872383EB802 | 05-21-2023<br>03:14:50 | Blacked<br>Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 3 | Info Hash: 5A9A06FCFB7AFA118795BBEA65AB1A1F9E8F0FD3<br>File Hash:<br>680F372C62EF3645006E61FA418D4B7108C74607354B3BEE9FBE0778CE93762F | 05-21-2023<br>03:10:46 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 4 | Info Hash: 0672640B6F205B14C546FDD1D362F3BC310EEEFA<br>File Hash:<br>DC6148F265A95BF87AC809D45C2FABFC04F56C9EF26307328749108FDDFC184D | 04-30-2023<br>23:58:38 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 5 | Info Hash: E2977553BF2795BAD540782A9EA1B5E180EE6EEE<br>File Hash:<br>3275D5AB1048CD02CB54DE52FA6E35813EE55911FAC3F87A2E0FA9C80A56148A | 04-23-2023<br>19:14:13 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 6 | Info Hash: B0A72F71419EABC9E8980278BE2DC222A7459AA1<br>File Hash:<br>67EA21B19511A5BCF2369F98880E5115028D0975AB2D564AA6B5359007C5FBE0 | 03-26-2023<br>19:14:52 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 7 | Info Hash: 5C7116EE8364B645E49E0F839CF5DC11B95851EC<br>File Hash:<br>546FDC56ACBDA55E89C48FB82BAAA33ACF575C58737AEE815DE3EB98121571BE | 03-14-2023<br>20:31:30 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 8 | Info Hash: B80EBE72BBEC4921801E5FB115D45EF974D05A2B<br>File Hash:<br>058F0FD11BF44F9238CAD9F6C59C8921E5C00CD9A07F66259961C541E01EEEE9 | 03-06-2023<br>19:17:54 | Blacked<br>Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 9 | Info Hash: AD14FD391877443754B02FB5C33C406D5A73C26C<br>File Hash:<br>68F852966DC34FFB84507A572F93A5C01B3D2E6E080AC1CE672FC21BD21C676E | 03-01-2023<br>03:24:02 | Blacked<br>Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 10 | Info Hash: 4C48F6637F5FD5E0BE4C1FBE4CA7F4F65949CE7D<br>File Hash:<br>4973989C129F6BB002C9E5E90BDCD6E98FC24504D41C1A523E1AC8854AD9D3ED | 02-26-2023<br>04:17:34 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 11 | Info Hash: FDEA20F1AA2FC7169E193A30D1D77C257494108C<br>File Hash:<br>2825AF8302C837EE128BC06CC45915EE6F4F0D74763F950A182C7210171D5DE5 | 02-20-2023<br>04:34:52 | Blacked<br>Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: DC7435FF4BA27B1789087150BBF2EF654EECEC3D<br>File Hash:<br>D96EECF477D6379ECD072B901ED356D89CFFB7A4C156EE0DD700C31756A76C49 | 02-13-2023<br>05:39:13 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 13 | Info Hash: 1A3BB4E8163B5F1CD768FCF274F03B6512CC0872<br>File Hash:<br>B21D9A5CEA58190545E356A4787140107DB2E6BD3D00903869BEE3827FA3CA3A | 02-04-2023<br>06:24:23 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 14 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash:<br>BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 01-15-2023<br>01:21:50 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 15 | Info Hash: 3ADC06A6C923495B15747095E6D9ED7967551D88<br>File Hash:<br>19ACB54F165E4750C1C884F2831004F8BBC50AE609EFFE5CF8EA787A474E895F | 01-15-2023<br>01:20:57 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 16 | Info Hash: DA30EA66A6587A4F6B28C6A75C2E3946A6C2F8A7<br>File Hash:<br>9028D5BBBAD0DABAC5E1281552703E83A9C41031072AEA39FEF8F96082A38D1E | 01-15-2023<br>01:14:35 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 17 | Info Hash: B428EBEBEDE134F5F2A53D42D782AFBBBF6EE9E1<br>File Hash:<br>2E9E52EF1A76CE9A955C5B40D9E2C7EAAFB52D55C2CBC6968AB931C56C176505 | 12-31-2022<br>04:48:33 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 18 | Info Hash: 8BEA713FCD434D6FD898D12C710C573339D81203<br>File Hash:<br>9B32378A9069940CA62371EF0D3207BB33C59DBEDBAD1ECF86DD0C58E07D05D5 | 12-31-2022<br>04:47:21 | Blacked<br>Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 19 | Info Hash: 19ED31B69898C515CB045E33FE26AB25E3C83E18<br>File Hash:<br>8A71B29C57E2BC83A02546A6BA6283AED07CDC7BF2D3553BAB99A8115E84C32B | 12-26-2022<br>18:26:26 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 20 | Info Hash: EB9649DDA2323288F92ED22A89ACEC80BE7FB8C9<br>File Hash:<br>B1FDD4D0D94D03816A948DAD236518FB29C3D0CCD12460AFC8C008B79DB0F948 | 12-13-2022<br>01:21:07 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 21 | Info Hash: 0F4D7CB0EBB16FC7B75E200D7DB4D98D77787342<br>File Hash:<br>3079AE305B9B6942D14CD62800E6A70C34B69DAC80AD653C173F810DDB10DF1F | 11-26-2022<br>21:52:32 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |
| 22 | Info Hash: EAB2397384B19AA89B987261808AB979F962822E<br>File Hash:<br>6603E3B54B2503DA948AB6D6F05E3CE18E3220BD3E45F2EF217F231364844512 | 10-29-2022<br>00:59:29 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 23 | Info Hash: 360953C9CC1BB89C7408B8C2C3ABC896C0836D83<br>File Hash:<br>76D1DE1208812A2996C02F9290DBBF43F7894BD83EF5361824E6689309E38278 | 10-26-2022<br>23:37:44 | Blacked<br>Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|-----------|--------------|
| 24 | Info Hash: 3B58AC3058126891063C5D48C204B93ADF743C16<br>File Hash:<br>676A3A32AC112D7A024182630D5EF9ABF24D77685371AB211CBF74D8DCB0F89B | 10-02-<br>2022<br>00:40:48 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 25 | Info Hash: 61D86A0A5D3C632B0CBF40DD46BC0C4B0FE170C6<br>File Hash:<br>850B27AD72E23A623E2D774C9C40BEB73C89DBC7C61B6FF65F4CA9207F102BEC | 10-02-<br>2022<br>00:39:41 | Blacked<br>Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |